UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 7
MICHAEL L. METTER,                                  :   Case No. 01-50506-AHWS
                                                    :
                    Debtor.                         :   01 5096 AHWS
---------------------------------------------------------x
AO WANG,                                            :
                                                    :   Adv. Pro. No. _____
                    Plaintiff,                      :
                                                    :
        - against -                                 :
                                                    :
MICHAEL L. METTER,                                  :
                                                    :
                    Defendant.                      :
---------------------------------------------------------x

COMPLAINT TO DETERMINE THE NONDISCHARGEABILITY
OF A DEBT PURSUANT TO BANKRUPTCY CODE § 523(a)(2)(A)

Plaintiff, Ao Wang, by his attorneys, Begos & Horgan, LLP and Lisa K. Kent, Esq. as and for his complaint, alleges:

1.  On April 19, 2001, (the "Petition Date"), Michael L. Metter (the "Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division.

2.  This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 523. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

3.  Ao Wang is an individual who resides at 5809 Calico Court, Columbia, Maryland 21044.

4.  The Debtor is an individual who resides at One Tinker Lane, Greenwich, Connecticut.

#1

5. Ao Wang has asserted federal securities fraud, common law fraud and other claims against Michel Metter and others in a pending National Association of Securities Dealers ("NASD") arbitration proceeding commenced in September 1999.

6. The basis for Ao Wang's claims against the Debtor is set forth in the Amended Statement of Claim filed by Ao Wang in the NASD arbitration, a copy of which is annexed hereto and incorporated by reference herein.

7. The claims asserted in the NASD arbitration relate to accounts maintained by Ao Wang between August 1996 and April 1997 at the now-defunct brokerage firm of First Cambridge Securities Corporation ("First Cambridge").

8. The Debtor was employed as the President and Syndication Manger of First Cambridge during the time Ao Wang maintained accounts with that firm. The Debtor's responsibilities included, among other things, the supervision of First Cambridge's sales and telemarketing operations and the registered representative with whom Ao Wang dealt.

9. The relief sought by Ao Wang on his claims against the Debtor includes damages to compensate him for his net losses in the amount of approximately $108,000, an award of lost profits, punitive damages, attorneys' fees and expenses, and the costs of the arbitration.

10. The Debtor did not submit an answer to plaintiff's statement of claim in the NASD arbitration; his time to do so expired pre-petition – on December 31, 2000. Under the NASD Code of Arbitration Procedure, the Debtor is precluded from presenting any evidence or defenses at the hearing. The arbitration hearing was initially scheduled to commence on May 8, 2001, but has since been adjourned to November 13, 2001.

11. Pursuant to Bankruptcy Code § 523(a)(2)(A), any liabilities and debts arising from the fraud claims asserted by Ao Wang against the Debtor's liability are nondischargeable.

WHEREFORE, plaintiff, Ao Wang, respectfully requests that this Court (a) determine that the Debtor's debts and liabilities to Ao Wang on his federal securities fraud and common law fraud claims against the Debtor are nondischargeable; (b) award plaintiff a judgment against Debtor in an amount to be determined at trial, but no less than $108,000, plus punitive damages, attorneys' fees and expenses; and (c) grant such other relief as the Court may deem just and proper.

Dated: Westport, Connecticut
      July 18, 2001

Respectfully submitted,

BEGOS & HORGAN, LLP

By: _____
    Patrick W. Begos (ct19090)
25 Ford Road
Westport, CT 06880
(203) 226-9990

– and –

LISA K. KENT, ESQ.
25 Ford Road
Westport, CT 06880
(203) 226-1680

Attorneys for Plaintiff

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

| ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| AO WANG | MICHAEL L. METTER<br><br>01 5096A |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Begos & Horgan, LLP<br>25 Ford Road<br>Westport, CT  06880   (203) 226-9990 | Richard A. Sarner, Esq.<br>184 Atlantic Street<br>Stamford, CT  06901   (203) 967-8899 |

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Action to determine non-dischargeability of debt.  11 U.S.C. 523.

## NATURE OF SUIT
(Check the one most appropriate box only.)

- ☐ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. §727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☒ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)  ☒ 1 Original Proceeding  ☐ 2 Removed Proceeding  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another Bankruptcy Court

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND<br>$ 108 | OTHER RELIEF SOUGHT<br>Denial of discharge | ☐ JURY DEMAND |
|---|---|---|---|

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>Michael L. Metter | BANKRUPTCY CASE NO.<br>01-50506-ahws | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Connecticut | DIVISIONAL OFFICE<br>Bridgeport | NAME OF JUDGE<br>Shiff |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)  ☒ FEE ATTACHED  ☐ FEE NOT REQUIRED  ☐ FEE IS DEFERRED

| DATE  7/19/01 | PRINT NAME<br>Patrick W. Begos | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN THE MATTER OF *Michael Metter*

DEBTOR(S)

CASE NO. 01-50506

ADV. NO. 01-5096

DOC. # 1

CLAIM #

# SUBSTITUTION FORM

The attachments to this document were not imaged. If these attachments need to be reviewed and/ or copied, please refer to the original case file.

DEBORAH HUNT

CLERK OF COURT