UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------x
In re:                             Chapter 7

MICHAEL L. METTER,                 Case No. 01-50506-AHWS

    Debtor.
------------------------------x
AO WANG,                           Adversary Proceeding
                                   No. 01-05096
    Plaintiff,

-against-

MICHAEL L. METTER,

    Defendant.
------------------------------x

### STIPULATION OF SETTLEMENT

WHEREAS, AO WANG (hereinafter the "Plaintiff") filed an adversary proceeding with this Court seeking to have this Court declare his claim of approximately $108,000.00 to be non-dischargeable pursuant to the provisions of Section 523(a) of the Bankruptcy Code; and

WHEREAS, MICHAEL L. METTER (hereinafter the "Debtor/defendant") filed his answer denying the essential allegations of the complaint; and

#12

WHEREAS, the parties hereto have decided to settle and compromise all claims, controversies and disputes existing between them on the terms and conditions as set forth in this Stipulation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel as follows:

1. The Debtor/defendant hereby agrees to pay the Plaintiff a total sum of $15,000.00 without interest in full settlement, satisfaction, release and discharge of all claims asserted by the Plaintiff which sum shall be paid as follows: (a) $625.00 upon the approval of this Stipulation by the Court; and (b) 23 additional consecutive monthly installments of $625.00 commencing 30 days after Court approval of this Stipulation such payments to continue until the entire sum of $15,000.00 has been paid in full. The agreed upon settlement amount shall be considered a non dischargeable debt under section 523(a) of the Bankruptcy Code.

2. The payments referred to in paragraph 1 above shall be payable to Susan Meekins, Esq. as attorney for the Plaintiff and mailed to her last known address at 135 Eastern Parkway, Brooklyn, New York 11238 or such other address as she may hereinafter designate in writing.

3. To secure the payments as provided for in this Stipulation, the Debtor/defendant's wife Deborah Metter shall execute and

deliver a subordinated mortgage in favor of the Plaintiff in the amount of $15,000.00 against Deborah Metter's home located at 1 Tinker Lane, Greenwich, Connecticut 06831. The mortgage will provide, among other things, that in the event Deborah Metter refinances the existing mortgages and/or sells her home, the balance due under this Stipulation shall be accelerated and become immediately due and payable. Deborah Metter is not personally guaranteeing the payments under this Stipulation and the mortgage referred to above shall be non-recourse as to her.

4. In the event that the Debtor/defendant shall fail to make any payments required under this Stipulation and after 10 days written notice to both him and Deborah Metter at their last known address 1 Tinker Lane, Greenwich, Connecticut 06831, the Plaintiff may enter a judgment with this Court in the amount of $15,000.00 less credit for any payments made hereunder and have execution therefore. The Plaintiff may, in addition, to the entry of a judgment, proceed to enforce his rights under the mortgage described in paragraph 3 above.

5. Each of the parties hereto acknowledges they have been represented by independent counsel of their own choosing.

6. The parties agree that this stipulation and order concludes the within adversary proceeding pending before this Court and Plaintiff

agrees to withdraw his motion for relief from stay as well as to withdraw his claim against the Debtor/defendant before the National Association of Security Dealers. The Court however shall retain jurisdiction of this matter to enter judgment in the event the Debtor/defendant fails to comply with the terms hereof.

7.  This Stipulation is subject to the approval of the Bankruptcy Court and shall be on notice to both the Chapter 7 Trustee in this case and the U.S. Trustee.

8.  This Stipulation may not be changed, modified or altered except in writing and signed by the parties.

9.  This Stipulation represents the entire agreement between the parties and all prior representations have been merged herein.

10. This Stipulation may be signed in counterparts.

Dated: October 26, 2001

_____
AO WANG, Plaintiff

_____
LISA KENT, ESQ.
Attorney for Plaintiff
25 Ford Road
Westport, Connecticut 06880

_____
MICHAEL L. METTER, Debtor/Defendant

_____
HAROLD S. BERZOW, ESQ.
Attorney for Debtor/Defendant
26 Broadway, Suite 711
New York, New York 10004

_____
DEBORAH METTER